IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00920-CMA-BNB

KAREN HOWARD,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. # 11). The Court having considered the Stipulation of Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

DATED: July  29 , 2010

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Court Judge